583 A.2d 422

COMMONWEALTH of Pennsylvania, Respondent,

v.

James MITCHELL, Petitioner.

Supreme Court of Pennsylvania.

Aug. 1, 1990.

ORDER

PER CURIAM.

And now, to-wit, this 1 day of August, 1990, jurisdiction is relinquished.